David Christopher Oranje    #69827
Name and Prisoner/Booking Number

Lake County Jail
Place of Confinement

4913 Helbush Dr.
Mailing Address

Lakeport, CA 95453
City, State, Zip Code

**FILED**

JUL -8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

David Christopher Oranje ,
(Full Name of Plaintiff)    Plaintiff,

v.

(1) Komnith Moth ,
(Full Name of Defendant)

(2) Macci Baldock ,

(3) Chanel Crawford ,

(4) Christina DiEdoardo ,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

**2:16 - CV - 1564    KJN PC**

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☐ Other: _____.

2. Institution/city where violation occurred: _____.

Revised 3/15/2016                                        1

Additional Defendant's

2. Thomas Quinn
3. Christina DiEdoardo
4. Siena Kautz
5. Barry Melton
6. Chanel Crawford
7. Macci Baldock
8. Sterling Thayer
9. Anakalia Sullivan
10. Edward Savin
11. David Markham
12. Mitchell Hauptman

Additional Defendants

(1-A)

5. Siena Kautz

6. Mitchell Hauptman

7. David Markham

8. Barry Melton

9. Thomas Quinn

10. Edward Savin

11. Anakalia Sullivan

12. Sterling Thayer

## B. DEFENDANTS

1. Name of first Defendant: Komnith Moth                . The first Defendant is employed as:
Attorney at Law                at Appointed attorneys Office   .
      (Position and Title)                                    (Institution)

2. Name of second Defendant: Macci Baldock       . The second Defendant is employed as:
Attorney at Law                at appointed Attorney's office   .
      (Position and Title)                                    (Institution)

3. Name of third Defendant: Chanel Crawford       . The third Defendant is employed as:
Attorney at Law                at appointed attorneys office   .
      (Position and Title)                                    (Institution)

4. Name of fourth Defendant: Christina DiEdoardo       . The fourth Defendant is employed as:
Attorney at Law                at appointed attorneys office   .
      (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## Additional Defendant's

(2B)

5.) Name of fifth Defendant: Siena Kautz. The fifth defendant is employed as attorney at Law at appointed attorney's office.

6.) Name of Sixth defendant: Mitchell Hauptman. The Sixth defendant is employed as attorney at Law at appointed attorney's office.

7.) Name of Seventh defendant: David Markham. The Seventh defendant is employed as attorney at Law at appointed attorney's office.

8.) Name of eighth defendant: Barry Melton. The Eighth defendant is employed as attorney at Law at appointed attorney's office.

9.) Name of Ninth defendant: Thomas Quinn. The Ninth defendant is employed as attorney at law at appointed attorney's office.

10.) Name of Tenth defendant: Edward Savin. The Tenth defendant is employed as attorney at law at appointed attorney's office.

11.) The Name of Eleventh defendant: Anakalia Sullivan. The eleventh defendant is employed as attorney at law at appointed attorney's office.

12.) Name of Twelfth defendant: Sterling Thayer. The twelfth defendant is employed as attorney at law at appointed attorney's office.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _The Ninth Amendmant, Sixth Amendment._

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: _Inneffective assistance Counsel, Conflict of interest_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Komnith Moth sexually assaulted me an I reported it to Jail Staff and the issue was not looked into and now he is not effectively representing me right because I did not give into his sexual acts me, Macci Paddock, Chanel Crawford and Anakalia Sullivan all used to use Methemphetimines together. I addressed the Court with this issue and it was not handled properly and I was still represented By all resulting in inneffective counsel Siena Kautz, Mitchell Hauptman, David Markham, Barry Melton, Thomas Quinn, Edward Sevin, Sterling Thayer, Christina DiEdoardo, all stated to me if the Court order's any of them to represent me they will make sure that I lose and they don't do anything to help me because I told on there Co-workers and friends.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I had red mark's and Scratch's on my penis due to the assault by Komnith Moth

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking effective assistance of Counsel that is not prejudice against me or trying to mentally or physically abusing me and I am seeking $750,000 for the Sexual assualt that I endured, the mental Anguish and stress that Komnith Moth caused.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6-30-16___
          DATE

_____
SIGNATURE OF PLAINTIFF

___Brandon Taylor___
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.